___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| REGGIE D. CLAYTON | 24-11687-JDW |

### CONSENT ORDER AUTHORIZING PRE-CONFIRMATION
### DISBURSEMENT OF DOMESTIC SUPPORT OBLIGATIONS

THIS MATTER came before the Court upon the request of Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the Debtor for the entry of this Consent Order Authorizing Pre-Confirmation Disbursement of Domestic Support Obligation. The agreement between the Trustee and the Debtor, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. Upon the filing of a proof of claim by Mississippi Division of Child Support Enforcement (the "Creditor") and the timely receipt of plan payments from the Debtor, the Trustee shall disburse monthly amounts to the Creditor pursuant to the proposed Chapter 13 Plan (Dkt. #9) and proof of claim. Future disbursements will be contingent upon the Trustee having adequate funds for

such disbursement and shall continue until confirmation of the proposed Chapter 13 Plan.

2.     Upon dismissal or conversion of this case to another chapter prior to confirmation of a Chapter 13 Plan, all disbursements due under this Consent Order shall be paid to the Creditor before any refund to the Debtor.

## END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert Gambrell
ROBERT GAMBRELL
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645